**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ANA MARIA ARNAO LINARES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-340-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## SHOW CAUSE ORDER & PREVENTING PETITIONER'S REMOVAL FROM THE COUNTRY & DISTRICT

On this day, the Court considered Ana Maria Arnao Linares's Petition for a Writ of Habeas Corpus, ECF No. 1. Arnao Linares is detained at the ERO El Paso Camp East Montana detention center in El Paso, Texas. *Id.* ¶ 3. She argues that her detention is unlawful and asks the Court to order her release or a bond hearing. *Id.* ¶¶ 62–101. She also asks that Respondents be prevented from moving her out of the District. *Id.* at 24.

Arnao Linares entered the United States in 2023, at which time she turned herself in to immigration authorities. *Id.* ¶ 48. Shortly thereafter, she was released on her own recognizance. *Id.* ¶ 49. Immigration and Customs Enforcement ("ICE") detained Arnao Linares again on January 25, 2026, in Minneapolis, Minnesota. *Id.* ¶¶ 3, 52. As alleged, her case appears materially indistinguishable from several others in which this Court has found a procedural due process violation. *See, e.g.*, *Lopez-Arevelo v. Ripa*, No. 25-cv-337-KC, 2025 WL 2691828, at *1–13 (W.D. Tex. Sept. 22, 2025). Of course, Respondents are nevertheless permitted to state their position before a ruling. In doing so, Respondents are encouraged to avoid boilerplate arguments that this Court has already rejected. Absent new authority, they may assume that the

Court's position on the law has not changed and explain whether the facts of Arnao Linares's case warrant a different outcome.

Accordingly, Respondents are **ORDERED** to **SHOW CAUSE** by **no later than February 13, 2026**, why the application for a writ of habeas corpus should not be granted. *See Lopez-Arevelo v. Ripa*, No. 3:25-cv-337-KC, 2025 WL 3254930, at *2 & n.1 (W.D. Tex. Aug. 26, 2025). The Court will set this matter for a hearing and order additional briefing deadlines, if necessary, upon review of the show cause response.

**IT IS FURTHER ORDERED**, under the Court's inherent authority to preserve and assess its own jurisdiction, that Respondents **SHALL NOT** (1) remove or deport Arnao Linares from the United States, or (2) transfer Arnao Linares to any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed. *See Alves v. U.S. Dep't of Just.*, No. 3-25-cv-306-KC, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

**IT IS FURTHER ORDERED** that to the extent Respondents have not been served, the Clerk of the Court shall **SERVE** copies of the Petition and this Order upon Respondents through their counsel. *See* Habeas Rule 4 ("[T]he clerk must serve a copy of the petition and any order on the respondent[s] . . . .").

**SO ORDERED**.

**SIGNED** this 6th day of February, 2026.

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE