**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ANA MARIA ARNAO LINARES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-340-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered Ana Maria Arnao Linares's Motion to Enforce Judgment ("Motion"), ECF No. 8.  On February 18, 2026, the Court granted in part Ana Maria Arnao Linares's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision.  Feb. 18, 2026, Order 6, ECF No. 5.  Respondents then informed the Court that an IJ granted Arnao Linares a $1,500 bond.  Advisory, ECF No. 6.

Arnao Linares now asks that the Court order Respondents to immediately remove her ankle monitor because such monitoring contravenes the IJ's bond order.  *See* Mot. 2–3.  In support, Arnao Linares cites this Court's recent decision in *Montes Aguillon v. Bondi*, No. 3:26-cv-71-KC, 2026 WL 531899, at *2 (W.D. Tex. Feb. 25, 2026), arguing it is "materially indistinguishable."  Mot. 2.  In *Montes Aguillon*, this Court ordered Respondents to remove a petitioner's ankle monitor after an IJ granted release on bond because Respondents did "not have the statutory or regulatory authority to impose additional conditions of release not ordered by the

IJ." *Montes Aguillon*, 2026 WL 531899, at *2.  Arnao Linares's case appears materially indistinguishable from *Montes Aguillon* on this issue.

Arnao Linares also states that Respondents have not returned her identification documents, a Minnesota driver's license and another form of identification from Peru, "which they seized upon her arrest." *Id.* at 2, 4.  In its February 18 Order, the Court ordered Respondents to "return all of her personal property in their custody upon her release" including any "identification documents."  Feb. 18, 2026, Order 6.

Thus, the Court **ORDERS** that Respondents shall either: (1) **REMOVE** Arnao Linares's ankle monitor, or (2) **SHOW CAUSE** explaining how Arnao Linares's case is factually distinct from *Montes Aguillon*, **by no later than March 13, 2026**.

**IT IS FURTHER ORDERED** that Respondents shall either: (1) immediately **RETURN** Arnao Linares's identification documents, or (2) **SHOW CAUSE** explaining their failure to return the documents and specifying the concrete steps being taken to return the documents, **by no later than March 13, 2026**.

**SO ORDERED**.

**SIGNED this 6th day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2