# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| ANA MARIA ARNAO LINARES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-340-KC |
| | § | |
| WARDEN, ERO EL PASO CAMP | § | |
| EAST MONTANA et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER

On this day, the Court considered Ana Maria Arnao Linares's Motion to Enforce Judgment ("Motion"), ECF No. 8.  On March 6, 2026, the Court ordered Respondents to either (1) remove Arnao Linares's ankle monitor, or (2) show cause explaining how Arnao Linares's case is factually distinct from this Court's decision in *Montes Aguillon v. Bondi*, No. 3:26-cv-71-KC, 2026 WL 531899, at *2 (W.D. Tex. Feb. 25, 2026).  Mar. 6, 2026, Order 2, ECF No. 9. Respondents were also to return Arnao Linares's identification documents or show cause explaining their failure and specifying the concrete steps being taken to return the documents. *Id.*

Respondents now state that on March 13, 2026, Arnao Linares's ankle monitor was removed.  Advisory, ECF No. 10.  As to Arnao Linares's identification documents, Respondents state that her "Temporary A-file . . . is in transit to St. Paul, Minnesota."  *See id.* Ex. A ("Marinelarena Decl.") ¶¶ 7–9.  Thus, it appears that Respondents are in the process of returning her documents.

Accordingly, the Court **ORDERS** that Petitioner shall **FILE** an advisory with the Court,

**by no later than March 25, 2026**, confirming whether her identification documents have been

returned.

**SO ORDERED**.

**SIGNED this 18th day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2