IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ANA MARIA ARNAO LINARES, | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| v. | § | **CAUSE NO. EP-26-CV-340-KC** |
| | § | |
| WARDEN, ERO EL PASO CAMP | § | |
| EAST MONTANA et al., | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the case. On March 18, 2026, the Court ordered Petitioner to confirm whether her identification documents had been returned because Respondents were in the process of returning them. Mar. 18, 2026, Order, ECF No. 11.

Petitioner now informs the Court that her identification documents have not been returned. Notice 2, ECF No. 12.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** an advisory with the Court, **by no later than April 2, 2026**, stating whether they have returned Petitioner's identification documents, and if not, stating the reasons for delay and status of return.

**SO ORDERED**.

**SIGNED this 26th day of March, 2026.**


_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE