**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ANA MARIA ARNAO LINARES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-340-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Ana Maria Arnao Linares's Motion to Enforce Judgment, ECF No. 8, asking that Respondents remove her ankle monitor and return her identification documents.

Respondents stated that on March 13, 2026, Arnao Linares's ankle monitor was removed. Advisory, ECF No. 10. And that her identification documents "are ready for pick up at the SPM/Bond window." 2d Advisory, ECF No. 14.

Accordingly, the Motion, ECF No. 8, is **DENIED as moot**.

The case shall remain closed.

**SO ORDERED**.

**SIGNED this 6th day of April, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE